# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 27, 2024

### NO. 03-23-00399-CV

**Mark Thomas Pearce, Appellant**

**v.**

**Kristen Leigh Pearce, Appellee**

## APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 18, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.